**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| In re:<br><br>  Address:  JOHN MICHAEL CERCEO, II,<br>               P.O. Box 3364<br>               Sterling, VA 20167<br><br>    Debtor(s).<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR INDYMAC INDX MORTGAGE LOAN TRUST 2006-AR29, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR29 UNDER THE POOLING AND SERVICING AGREEMENT<br>    Plaintiff,<br><br>v.<br><br>JOHN MICHAEL CERCEO, II,<br>Debtor(s)<br>THOMAS P. GORMAN<br>Trustee<br>    Defendants. | CASE NO: 17-11075-KHK<br><br>CHAPTER 13 |

## ORDER GRANTING RELIEF FROM STAY

Upon consideration of the motion of Deutsche Bank National Trust Company as Trustee for IndyMac INDX Mortgage Loan Trust 2006-AR29, Mortgage Pass-Through Certificates, Series 2006-AR29 under the Pooling and Servicing Agreement, to modify the automatic stay; it is

ORDERED that the automatic stay imposed by 11 U.S.C. §362 is modified to permit the movant , and its successors and/or assigns to complete any actions necessary to effectuate the foreclosure that took place on January 11, 2017, and take action in accordance with state law to gain possession of the real property located at 45854 Cabin Branch Drive, Sterling, VA 20164, and

M. Christine Maggard, VSB# 33824
Brock & Scott, PLLC
484 Viking Drive, Suite 203
Virginia Beach, VA 23452
christine.maggard@brockandscott.com
Counsel for the Movant

is more particularly described as follows:

> LOT 7, CABIN BRANCH FOREST SUBDIVISION, AS THE SAME APPEARS DULY DEDICATED, PLATTED AND RECORDED IN DEED BOOK 877, AT PAGE 1596, AND CONFIRMED BY SUPPLEMENT TO DEED OF PARTIAL RELEASE, DEDICATION, SUBDIVISION AND EASEMENTS AND PLAT SHOWING CABIN BRANCH FOREST, GUILDFORD MAGISTERIAL DISTRICT, LOUDOUN COUNTY, VIRGINIA, RECORDED IN DEED BOOK 880, AT PAGE 1450, AMONG THE LAND RECORDS OF LOUDOUN COUNTY, VIRGINIA.

ORDERED that the automatic stay imposed by 11 U.S.C. § 362 (a) is TERMINATED to allow Movant to avail itself of its rights under state law, including but not limited to the initiation or continuation of eviction proceedings and to allow the successful foreclosure purchaser to obtain possession of the property.

ENTERED this _____ day of _____ 2017

May 11 2017

/s/ Klinette Kindred
_____
Honorable Klinette H Kindred
United States Bankruptcy Judge

eod 5/12/2017

**I ASK FOR THIS:**

/s/ M. Christine Maggard
M. Christine Maggard, VSB# 33824
Brock & Scott, PLLC
484 Viking Drive, Suite 203
Virginia Beach, VA 23452
*Counsel for the Movant*

**SEEN:**

/s/ Thomas P. Gorman authorized via email_____
Thomas P. Gorman
300 N. Washington St. Ste. 400

Alexandria, VA 22314
*Trustee*

# CERTIFICATE

I hereby certify that this proposed Order has been endorsed by all necessary parties involved in this proceeding.

/s/ M. Christine Maggard
M. Christine Maggard, VSB# 33824

The Clerk shall mail a copy of the entered Order to the following:

John Michael Cerceo, II
P.O. Box 3364
Sterling, VA 20167
*Debtor, Pro Se*

Thomas P. Gorman
300 N. Washington St. Ste. 400
Alexandria, VA 22314
*Trustee*

M. Christine Maggard
Brock & Scott, PLLC
484 Viking Drive, Suite 203
Virginia Beach, VA 23452
*Counsel for the Movant*