**UNITED STATES BANKRUPTCY COURT**

**FOR THE**

**EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| In the Matter of:<br><br>JOHN MICHAEL CERCEO II<br><br>Debtor | Chapter 13<br><br>Case No. 17-11075-KHK |

**MOTION TO DISMISS WITH PREJUDICE,**
**NOTICE OF MOTION TO DISMISS**
**AND**
**NOTICE OF SCHEDULED HEARING ON THIS MOTION**

Thomas P. Gorman, Chapter 13 Trustee, has filed this motion to dismiss with prejudice your Chapter 13 case.  The cause for this motion is as follows:

**Violation of 11 U.S.C. §343 – Failure to Appear at Meeting of Creditors**
Debtor failed to appear for his Meeting of Creditors scheduled for May 16, 2017.

**Violation of 11 U.S.C. §1307(c) – Lack of Good Faith** – This is at least Debtor's seventh case, and was filed solely to interpose delay.

**Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not wish the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then on or before five business days prior to the hearing date, you or your attorney must:

File with the court a written response with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H).  Unless a written response and supporting memorandum are filed and served by the date specified, the Court may deem any opposition waived, treat the motion as conceded, and issue an order granting the requested relief without further notice or hearing.  If you mail your response to the court for filing, you must mail it early enough so the court will receive it on or before five business days prior to the scheduled hearing.  You must mail a copy to the persons listed below.

**Notice and Motion to Dismiss**
John Michael Cerceo II, Case #17-11075-KHK

*Attend the hearing to be held on June 8, 2017 at 11:00 a.m., in Courtroom II on the 2nd floor, United States Bankruptcy Court, 200 South Washington Street, Alexandria, VA 22314.* If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.

A copy of any written response must be mailed to the following persons:

Thomas P. Gorman
300 North Washington Street, Ste.400
Alexandria, VA 22314

Clerk of the Court
United States Bankruptcy Court
200 South Washington Street
Alexandria, VA 22314

If you or your attorney do not take steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Date: _May 23, 2017_____     __/s/ Thomas P. Gorman_____
Thomas P. Gorman
Chapter 13 Trustee
300 N. Washington Street, #400
Alexandria, VA 22314
(703) 836-2226
VSB 26421

## CERTIFICATE OF SERVICE

I hereby certify that I have this 23rd day of May, 2017, served via ECF to authorized users or mailed a true copy of the foregoing Motion to Dismiss, Notice of Motion and Notice of Hearing to the following parties.

John Michael Cerceo II
Chapter 13 Debtor
45854 Cabin Branch Dr.
Sterling, VA 20164

__/s/ Thomas P. Gorman_____
Thomas P. Gorman